In re Jacqueline W. GRANATI, Debtor.

Jacqueline W. GRANATI, Appellant,

v.

Stone Street Capital, Incorporated; Stone Street Services, Incorporated, Appellees.

In re Jacqueline W. Granati, Debtor.

Jacqueline W. Granati, Appellant,

v.

Stone Street Capital, Incorporated; Stone Street Services, Incorporated, Appellees.

Nos. 03–1078, 03–1079.

United States Court of Appeals, Fourth Circuit.

Submitted April 30, 2003.

Decided May 27, 2003.

Jacqueline W. Granati, Appellant Pro Se. Carlton Tufts Obecny, Bethesda, Maryland; Elyse L. Strickland, Selzer, Gurvitch, Rabin & Obency, Chtd., Bethesda, Maryland, for Appellees.

Before LUTTIG, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Jacqueline W. Granati appeals from the district court's order affirming the bankruptcy court's determinations that Appellees were the equitable owners of the payments due under an annuity contract, that this interest was not a dischargeable claim in Granati's bankruptcy action, and that Granati's liability for conversion of prepetition payments was nondischargeable in bankruptcy. We have reviewed the records in these appeals and find no abuse of discretion and no reversible error. Accordingly, we deny Granati's motion for a contract quantum meruit and affirm for the reasons stated by the district court. *See Granati v. Stone Street,* Nos. CA–02–1515–A, CA–01–1061–SSM, CA–02–1516–A, CA–01–1025–SSM, BK–00–14419 (E.D.Va. Dec. 24, 2002). We also deny Granati's motion to appear by telephone for oral argument and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*